Hardy STEPP, Appellant,

v.

Henry E. COWAN, Superintendent, etc., et al., Appellees.

Court of Appeals of Kentucky.

May 3, 1974.

Appeal from Lyon Circuit Court; Stephen P. White, Jr., Judge.

Hardy Stepp, pro se.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

Carol R. POULTER, Appellant,

v.

William E. RAY and Norma J. Ray, Appellees.

Court of Appeals of Kentucky.

May 3, 1974.

Appeal from Jefferson Circuit Court, Common Pleas Branch, First Division; Raymond C. Stephenson, Judge.

William A. Miller and James M. Clements, Clements, Miller, O'Bryan & McDaniel, Louisville, for appellant.

Charles R. Boyer, Hargadon, Hargadon, Lenihan & Harbolt, Louisville, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Reversing.*

Norbert ZITT, Appellant,

v.

Henry E. COWAN, Warden, Appellee.

Court of Appeals of Kentucky.

May 3, 1974.

Appeal from Lyon Circuit Court; Stephen P. White, Jr., Judge.

Norbert Zitt, pro se.

Ed W. Hancock, Atty. Gen., George W. Geoghegan, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellant,

v.

C. F. HANDY et al., Appellees.

Court of Appeals of Kentucky.

May 3, 1974.

Appeal from Laurel Circuit Court; Robert H. Helton, Jr., Judge.

Carl T. Miller, Jr., General Counsel, Dept. of Highways, Frankfort, David G. Carroll, Somerset, for appellant.

Coleman D. Moberly, William J. Weaver, Lewis & Weaver, London, for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

* Opinion ordered not to be published.